## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROSEMARY ANDERSON, et al., | ) | 3:15-cv-00552-RCJ-WGC |
| | ) | |
| Plaintiffs | ) | |
| | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 13, 2016 |
| DAN URQUHART, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is the third stipulation of counsel for Plaintiffs and counsel for Defendants Continental Motors, Inc./Teledyne Technologies, Incorporated, to extend Defendants' deadline to respond to the complaint. (ECF No. 24.) The parties state an expert is required to review a repair order for the aircraft at issue in this case to determine whether or not Defendants are properly named Defendants in this suit. The court does not understand this explanation or why it would take an expert 30 days to figure out who effected repairs to an aircraft (particularly after having received a repair order for the aircraft at issue in this case).

     The court is awaiting the Continental/Teledyne response in this case to be able to issue a scheduling order. Therefore, the court is not willing to allow an additional thirty (30) days extension of time to Defendants Continental/Teledyne to respond. Nevertheless, the court **grants** Defendants Continental/Teledyne an extension **to and including January 29, 2016,** to file their response to the complaint. There shall be no further extensions in this regard.

     **IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK

                                                      By:   <u>     /s/                                         </u>
                                                                      Deputy Clerk